**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

STATS LLC,

Plaintiff,

-against-

26 **CIVIL** 5654 (PKC)

# JUDGMENT

MICROSOFT ONLINE, INC.,

Defendant.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 4, 2026, Microsoft's motion to dismiss is GRANTED. Accordingly, judgment is entered in favor of Defendant.

**Dated:** New York, New York

November 9, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**